[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-12941
Non-Argument Calendar

_____

D.C. Docket No. 9:11-cr-80130-DTKH-12

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES BUTEAU,
a.k.a. Slaya,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(January 24, 2013)

Before DUBINA, Chief Judge, MARTIN and KRAVITCH, Circuit Judges.

PER CURIAM:

Michael Smith, appointed counsel for Appellant James Buteau in this direct criminal appeal, has moved to withdraw from further representation of  Buteau and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Buteau's conviction and sentence are **AFFIRMED.**